ROBERT E. BOONE III  (132780)
JENNIFER JACKSON  (192998)
MEGHAN C. SHERRILL (259487)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-mail:  reboone@bryancave.com
         jjackson@bryancave.com
         meghan.sherrill@bryancave.com

CLOSED

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
COUNTRYWIDE HOME LOANS
SERVICING, L.P., RECONTRUST
COMPANY, N.A. and U.S. BANK, N.A. AS
TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST, INC. (erroneously sued as
CITIGROUP GLOBAL MARKETS REALTY
CORPORATION)

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NANCY EUW-JONG SITANGGANG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>COUNTRYWIDE HOME LOANS<br>SERVICING, L.P., ISAOA A/K/A<br>COUNTRYWIDE HOME LOANS;<br>RECONTRUST COMPANY, N.A.,<br>A/K/A RECON TRUST COMPANY,<br>N.A. A/K/A RECONTRUST COMPANY;<br>CITIGROUP GLOBAL MARKETS<br>REALTY CORPORATION; JOHN DOE,<br><br>Defendants. | Case No. CV 09-01136 DDP (JWJx)<br><br>Assigned to Hon. Dean D. Pregerson<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, L.P., RECONTRUST COMPANY, N.A. AND U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. (ERRONEOUSLY SUED AS CITIGROUP GLOBAL MARKETS REALTY CORPORATION)**<br><br>Complaint Filed:  Feb. 17, 2009<br>Trial Date:  None set |

732478

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS
CASE NO. CV09-01136-DDP-(JWJX)

The Motion of Defendants Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, L.P., Recontrust Company, N.A. and U.S. Bank, N.A., as trustee for Citigroup Mortgage Loan Trust, Inc. (erroneously sued as Citigroup Global Markets Realty Corporation) ("Defendants") to Dismiss the Third Amended Complaint of Plaintiff Nancy Euw-Jong Sitanggang ("Plaintiff") was granted with prejudice on September 24, 2009.

Accordingly, JUDGMENT IS HEREBY ENTERED in favor of Defendants and against Plaintiff.

Dated:  September 29, 2009

_____
United States District Judge

Respectfully submitted,

BRYAN CAVE LLP
Robert E. Boone III
Jennifer Jackson
Meghan C. Sherrill

By: */s/ Meghan C. Sherrill*
      Meghan C. Sherrill

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, L.P., RECONTRUST COMPANY, N.A. and U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. (erroneously sued as CITIGROUP GLOBAL MARKETS REALTY CORPORATION)